UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TERRY LEONARD GRAHAM,

     Petitioner,

v.                                      CASE NO. 6:07-cv-1256-Orl-19DAB

UNITED STATE OF AMERICA,

     Respondent.

_____

**ORDER**

This case is before the Court on the following motion:

**MOTION:**    Petitioner's Pro Se Motion to Request that the
District Court "Reverse" the August 7, 2007,
Order of Dismissal Without Prejudice (Doc. No.
3, filed August 22, 2007).

Thereon it is **ORDERED** that the motion is **DENIED**.  Petitioner has failed to

demonstrate sufficient grounds warranting the relief requested.

**DONE AND ORDERED** at Orlando, Florida this __5th__ day of September, 2007.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sa 9/5
Terry Leonard Graham
Counsel of Record